# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT A. WAAGE,<br><br>  Plaintiff,<br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>  Defendant. | CASE NO. 08-CV-2065 H (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

On August 5, 2009, the parties to this action filed a joint motion to dismiss this case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 18.) Accordingly, the Court grants the joint motion and dismisses this action with prejudice. Each party will bear its own fees and costs.

IT IS SO ORDERED.

DATED: August 13, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT